JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYD MACHTOLFF, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Case No. SA CV 11-503-DOC(MLGx) |
| ) | |
| AARON PEARSON, etc., et al. ) | |
| ) | ORDER DISMISSING CIVIL ACTION |
| Defendants. ) | |
| _____ ) | |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 7 days, to reopen this action if settlement is not consummated.

DATED: March 6, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge